STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
PAMELA A. MARTIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: pam.martin@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:17-cr-00250-RFB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **MOTION TO DISMISS INDICTMENT** |
| JORGE FIGEROA-RIVERA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney and PAMELA A. MARTIN, Assistant United States Attorney, hereby move to Dismiss the Indictment without prejudice.

STATEMENT OF THE CASE

On August 8, 2017, the defendant was Indicted for Deported Alien Found Unlawfully in the United States, a violation of Title 8, U.S.C. § 1326. The defendant has been in custody since July 24, 2017.

A Plea Agreement was sent to defense counsel allowing for a plea to the Indictment and the parties contemplated a credit Time Service Sentence recommendation to the Court.

Defense counsel informed Government counsel that she was having difficulties communicating with her client. Further discussions were had between the defendant and his counsel, and the situation has not changed as to defense counsel's ability to communicate in an effective manner with the defendant.

Based on the foregoing, the Government believes it would be a waste of Government resources to commit the defendant for a psychological evaluation. Therefore, we are moving to have the Indictment in this matter be Dismissed without prejudice in the interest of justice limited resources.

Dated this 20th day of November 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney


/s/*Pamela A. Martin*
PAMELA A. MARTIN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATE: November 30, 2017.